JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ANDREW GASKIN,**<br>Plaintiff,<br><br>v.<br><br>**COOP RPG, INC.,** et al.<br><br>Defendants. | Case No.: 2:26-cv-03131-SB-DMK<br><br>**ORDER** |

Pursuant to the parties' stipulation, this matter is dismissed with prejudice.

**Dated** August 4, 2026

Stanley Blumenfeld, Jr.
United States District Judge